**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JAYSON ROGERS**, <br><br> *Plaintiff*, <br><br> *v.* <br><br> **RELIANT ENERGY NORTHEAST LLC, d/b/a NRG HOME,** and **JOHN DOE CORPORATION,** <br><br> *Defendants*. | Case No.: 1:20-cv-01284-DAP <br><br> **JUDGE DAN AARON POLSTER** <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Jayson Rogers hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class.

Respectfully submitted,

**JAYSON ROGERS**,

Dated: August 6, 2020

By:    /s/Adam T. Savett
      One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown, Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically on August 6, 2020, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system.
.

/s/ *Adam T. Savett*
      Adam T. Savett

*Attorney for Plaintiff*