UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Granted.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
August 6, 2020**

| | |
|---|---|
| **JAYSON ROGERS**,<br><br>*Plaintiff*,<br><br>v.<br><br>**RELIANT ENERGY NORTHEAST LLC, d/b/a NRG HOME,** and **JOHN DOE CORPORATION,**<br><br>*Defendants*. | Case No.: 1:20-cv-01284-DAP<br><br>**JUDGE DAN AARON POLSTER**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Jayson Rogers hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class.

Respectfully submitted,

**JAYSON ROGERS**,

Dated: August 6, 2020        By:   /s/Adam T. Savett
                                                     One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown, Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorneys for Plaintiff*